UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW | § | |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT COURT JUDGE:

Notice is hereby given that JESSE WILLIAM McGRAW, the Defendant in the above-styled and numbered cause hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgement in this Criminal Case for revocation of supervised release entered in this cause on September 19, 2018

Respectfully Submitted,

*/s/ Paul T. Lund*

PAUL T. LUND
State Bar No. 24070185
900 Jackson Street, Suite 330
Dallas, Texas 75202
Phone (214)-871-4900
Fax (214)-613-1067
Attorney Jesse McGraw

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice was delivered to Assistant United States Attorney, Candina Heath on September 24, 2018.

  */s/ Paul T. Lund*
PAUL T. LUND

**NOTICE OF APPEAL Page - 1**