**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Northern District of Texas Dallas Division    District Court Docket No. 3:09-CR-210-B

Short Case Title: United States v. McGraw

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Shawnie Archuleta

Date Notice of Appeal Filed in the District Court: 9/24/18    Court of Appeals No. 18-11259

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing ____  ☐ Voir Dire ____
☐ Opening Statement of Plaintiff ____  ☐ Opening Statement of Defendant ____
☐ Closing Argument of Plaintiff ____  ☐ Closing Argument of Defendant: ____
☐ Opinion of court ____  ☐ Jury Instructions ____  ☐ Sentencing ____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | | Judge/Magistrate |
|---|---|---|---|
| 9/13/18 | | Revocation Hearing | Judge Boyle |
| 9/18/18 | Pam Wilson | Revocation Hearing | Judge Boyle |
| | | | |
| | | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:

☐ Private Funds;  ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds

☐ Other ____

Signature: *Paul T. Lu* (signed)    Date Transcript Ordered: 10/5/18

Print Name: Paul T. Lund    Phone: 214-871-4900

Counsel for: Jesse McGraw

Address: 900 Jackson Street Suite 330 Dallas Tx 75202

Email of Attorney: plund@bp-g.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 10/17/18 | | 11/17/18 | 10 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) ____

Date: 10/17/18    Signature of Reporter: s/Shawnie Archuleta    Tel. 214-753-2747

Email of Reporter: shawnie505@aol.com

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ____    Actual Number of Volumes ____

Date ____    Signature of Reporter ____