**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Northern District of Texas Dallas Division   District Court Docket No. 3:09-CR-210-B

Short Case Title: United States v. McGraw

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Shawnie Archuleta

Date Notice of Appeal Filed in the District Court: 9/24/18   Court of Appeals No. 18-11259

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | | Judge/Magistrate |
|---|---|---|---|
| 9/13/18 | | Revocation Hearing | Judge Boyle |
| 9/18/18 | Pam Wilson | Revocation Hearing | Judge Boyle |
| | | | |
| | | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;   ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Paul T. L.   Date Transcript Ordered: 10/5/18
Print Name: Paul T. Lund   Phone: 214-871-4900
Counsel for: Jesse McGraw
Address: 900 Jackson Street Suite 330 Dallas Tx 75202
Email of Attorney: plund@bp-g.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 10/17/18 | | 11/17/18 | 10 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: 10/17/18   Signature of Reporter: s/Shawnie Archuleta   Tel. 214-753-2747
Email of Reporter: shawnie505@aol.com

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: 8   Actual Number of Volumes: 1

Date: 11/20/18   Signature of Reporter: s/Shawnie Archuleta