NO. 18-11259

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| PLAINTIFF-APPELLEE | § |
| vs. | § |
| | § |
| JESSE WILLIAM MCGRAW, | § |
| also known as GhostExodus | § |
| DEFENDANT-APPELLANT | § |

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

## RECORD EXCERPTS FOR APPELLANT'S BRIEF

PAUL T. LUND
Burleson, Pate & Gibson
Of Counsel
900 Jackson Street, Suite 330
Dallas, Texas 75202
(214) 871-4900
(214) 613-1067  Fax
plund@bp-g.com
TX Bar No. 24070185

## **Certificate of Service**

This will certify that a copy of the foregoing was delivered via electronic filing to Wes Hendrix, Chief of the Appellate Division for the Untied States Attorney for the Northern District of Texas, on January 29, 2019.

*/s/ Paul T. Lund*
Paul T. Lund

## Table of Contents

**TAB**

District Court Docket Report (ROA.1-18.)................................................................1

Indictment (ROA.48-52).............................................................................................2

Notice of Appeal (ROA.362.)....................................................................................3

*U.S. v. McGraw*, Order of Judgment from U.S. District Court, No. 3:09-CR-210-B, U.S.D.C. Northern District of Texas, Dallas Division (ROA. 1026.).......................4

APPENDIX "1"

APPEAL,CLOSED,RAMIREZ

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:09-cr-00210-B-1

Case title: USA v. McGraw
Related Case: 3:13-cv-00643-B-BH
Magistrate judge case number: 3:09-mj-00207-BD

Date Filed: 07/22/2009
Date Terminated: 03/22/2011

Assigned to: Judge Jane J. Boyle

Appeals court case numbers:
11-10302, 18-11259 USCA5

### Defendant (1)

**Jesse William McGraw**
*TERMINATED: 03/22/2011*
*also known as*
GhostExodus
*TERMINATED: 03/21/2011*

represented by **Paul Taliaferro Lund**
Burleson Pate & Gibson
Founders Square
900 Jackson Street, Suite 330
Dallas, TX 75202
214-871-4900
Fax: 214-613-1067
Email: plund@bp-g.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Edmundo Espinoza**
E Espinoza & Associates
POST OFFICE BOX 1480
KYLE, TX 78640
214/475-3015
Email: nere9393@gmail.com
*TERMINATED: 07/08/2014*
*Bar Status: Admitted/In Good Standing*

**John M Nicholson-FPD**
Federal Public Defender - Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214-767-2746
Email: john_nicholson@fd.org
*TERMINATED: 08/06/2010*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Kimberly S Keller**
Keller Stolarczyk
234 W Bandera Road #120
Boerne, TX 78006
210-857-5267
Fax: 888-293-8580
Email: kim@kellsto.com
*TERMINATED: 07/08/2014*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Matthew Arnold**
Law Offices of Matthew Arnold
3500 Maple Ave
Suite 400
Dallas, TX 75219
214/418-9346
Fax: 214/845-7006
Email: matthewarnoldlaw@gmail.com
*TERMINATED: 08/15/2018*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Todd A Durden**
The Durden Law Firm
131 E. Vine St.
Keller, TX 76248
817-431-0099
Fax: 817-431-0096
Email: txdurden@hotmail.com
*TERMINATED: 05/31/2011*
*Designation: CJA Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**

18:1030(a)(5)(A) and
1030(c)(4)(B)(i)(II)
TRANSMITTING A MALICIOUS
CODE
(1)

18 USC § 1030(a)(5)(A) and §
1030(c)(4) (B)(i)(II)
TRANSMITTING A COMPUTER
PROGRAM, CODE, OR
COMMAND
(1s)

**Disposition**

Defendant committed to the BOP for a total term of
One Hundred Ten (110) months to run concurrently
with count 2. Placed on Supervised Release for a term
of Three (3) years to run concurrently with count 2.
Must pay restitution in the amount of $31,881.75. Must
pay a special assessment of $100 on count 1 to the U.S.
District Court, Northern District of Texas, Dallas
Division. S/R REVOKED BOP 6 months; S/R 30
months. Judgment Revoking S/R: 24 months BOP, to
run currently with count 2

Dismissed on Government's motion

18:1030(a)(5)(A) and
1030(c)(4)(B)(i)(II) and (IV)
TRANSMITTING A MALICIOUS
CODE
(2)

Defendant committed to the BOP for a total term of
One Hundred Ten (110) months to run concurrently
with count 1. Placed on Supervised Release for a term
of Three (3) years to run concurrently with count 1.
Must pay restitution in the amount of $31,881.75. Must
pay a special assessment of $100 on count 2 to the U.S.
District Court, Northern District of Texas, Dallas
Division. Judgment Revoking S/R: 24 months BOP, to
run currently with count 1

18 USC § 1030(a)(5)(A) and §
1030(c)(4) (B)(i)(II) AND (IV)
TRANSMITTING A COMPUTER
PROGRAM, CODE, OR
COMMAND
(2s)

Dismissed on Government's motion

18 USC § 1030(a)(5)(A) and §
1030(c)(4) (B)(i)(II)
TRANSMITTING A COMPUTER
PROGRAM, CODE, OR
COMMAND
(3s-14s)

Dismissed on Government's motion

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**

Knowingly cause the transmission
of a program, information, code or
command, in that McGraw
downloaded a malicious code into a
computer located at 9301 North
Central Expressway, Dallas, Texas,
the building that houses the Carrel
Clinic, and as a result of such
conduct, intentionally caused
damage without authorization, to a
protected computer, and the harm
threatened public health and safety,
in violation of 18 USC
1030(a)(5)(A) and
1030(c)(4)(B)(iv).

**Disposition**

**Plaintiff**

**USA**                                represented by   **Candina S Heath-DOJ**
                                                        US Attorney's Office
                                                        1100 Commerce St
                                                        3rd Floor
                                                        Dallas, TX 75242-1699
                                                        214-659-8634
                                                        Fax: 214-659-8805
                                                        Email: candina.heath@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Assistant US Attorney*
                                                        *Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2009 | 1 (p.19) | COMPLAINT as to Jesse William McGraw (1). (grj) Modified on 6/30/2009 (grj). [3:09-mj-00207-BD] (Entered: 06/29/2009) |
| 06/26/2009 |  | Arrest of Jesse William McGraw (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/29/2009 | 3 (p.38) | MOTION for Pretrial Detention filed by USA as to Jesse William McGraw (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/29/2009 | 4 | ***CJA 23 Financial Affidavit by Jesse William McGraw (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/29/2009 | 5 (p.41) | Minute Entry for proceedings held before Magistrate Judge Wm F Sanderson, Jr: Appearance Through Counsel entered by John M Nicholson on behalf of Jesse William McGraw, Initial Appearance as to Jesse William McGraw held on 6/29/09., Set/Reset Hearings as to Jesse William McGraw:( Detention Hearing set for 7/1/2009 02:30 PM in US Courthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr., Preliminary Examination set for 7/1/2009 02:30 PM in US Courthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr.) Defendant remanded to custody. Attorney Appearances: AUSA - Candina Heath; Defense - na.(Digital File.) Time in Court: 9 Min.. (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/29/2009 | 6 (p.42) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jesse William McGraw. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 6/29/09) (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/29/2009 | 7 (p.43) | ORDER OF TEMPORARY COMMITMENT as to Jesse William McGraw. Detention Hearing set for 7/1/2009 02:30 PM in US Courthouse, Courtroom 1409, 1100 Commerce St., Dallas, TX, 75242-1310 before Magistrate Judge Wm F Sanderson Jr. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 6/29/09) (grj) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 06/30/2009 | 8 (p.44) | NOTICE OF ATTORNEY APPEARANCE by John M Nicholson appearing for Jesse William McGraw (Nicholson, John) [3:09-mj-00207-BD] (Entered: 06/30/2009) |
| 07/01/2009 | 9 (p.45) | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Magistrate Judge Wm F Sanderson, Jr: Preliminary Hearing as to Jesse William McGraw held on 7/1/09: probable cause found., Detention Hearing as to Jesse William McGraw held on 7/1/09: detention order to enter. Attorney Appearances: AUSA - Candy Heath; Defense - John Nicholson.(Digital File.) Time in Court: 1 hr 7 min. (nbs) [3:09-mj-00207-BD] (Entered: 07/06/2009) |
| 07/02/2009 | 10 (p.46) | ORDER granting 3 (p.38) Motion for Detention as to Jesse William McGraw(1). See order for specifics. (Ordered by Magistrate Judge Wm F Sanderson, Jr on 7/2/09) (nbs) [3:09-mj-00207-BD] (Entered: 07/06/2009) |
| 07/22/2009 | 11 (p.48) | INDICTMENT as to Jesse William McGraw (1) count(s) 1, 2. (lmp) (Entered: 07/23/2009) |
| 07/30/2009 | | Minute Entry for proceedings held before Magistrate Judge Irma C Ramirez: Arraignment as to Jesse William McGraw (1) Count 1,2 held on 7/30/09., Plea entered by Jesse William McGraw: Not Guilty on counts 1,2. Attorney Appearances: AUSA - Paul Yanowitch; Defense - John Nicholson.(Digital File) Time in Court: 2 minutes. NO PDF ATTACHED - THIS IS A VIRTUAL MINUTE ENTRY. (lmm) (Entered: 07/30/2009) |
| 08/03/2009 | 12 (p.53) | SCHEDULING ORDER as to Jesse William McGraw: Jury Trial set for 9/14/2009 09:00 AM before Judge Jane J Boyle. Motions due by 8/12/2009. Pretrial Conference set for 9/11/2009 02:00 PM before Judge Jane J Boyle. Pretrial Materials due by 9/4/2009. Responses due by 8/26/2009 See Order (Ordered by Judge Jane J Boyle on 8/3/09) (svc) (Entered: 08/03/2009) |
| 08/10/2009 | 13 (p.57) | Unopposed MOTION to Continue *Trial* filed by Jesse William McGraw (Nicholson, John) (Entered: 08/10/2009) |
| 08/13/2009 | 14 (p.60) | ORDER granting 13 (p.57) Motion to Continue as to Jesse William McGraw (1). Motions due by 11/9/2009. Pretrial Conference set for 12/11/2009 02:00 PM before Judge Jane J Boyle. Responses due by 11/23/2009. The remainder of the Court's Criminal Trial Scheduling Order dated 8/3/2009 remains in effect. (Ordered by Judge Jane J Boyle on 8/13/2009) (klm) (Entered: 08/13/2009) |
| 08/13/2009 | | Set/Reset Scheduling Order Deadlines as to Jesse William McGraw per doc. 14: Jury Trial reset for 12/14/2009 09:00 AM before Judge Jane J Boyle. (klm) (Entered: 09/14/2009) |
| 12/02/2009 | 15 (p.61) | MOTION to Continue *Trial* filed by Jesse William McGraw (Nicholson, John) (Entered: 12/02/2009) |
| 12/07/2009 | 16 (p.65) | ORDER granting 15 (p.61) Motion to Continue as to Jesse William McGraw (1). Jury Trial reset for 2/16/2010 before Judge Jane J Boyle. Motions due by 1/8/2010. Pretrial Materials due by 2/5/2010. Responses due by 1/22/2010. Pretrial Conference set for 2/12/2010 02:00 PM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 12/7/2009) (klm) . (Entered: 12/07/2009) |
| 01/07/2010 | 17 (p.66) | MOTION Bill of Particulars filed by Jesse William McGraw with Brief/Memorandum in Support. (Nicholson, John) (Entered: 01/07/2010) |
| 01/15/2010 | 18 (p.72) | RESPONSE by USA as to Jesse William McGraw re: 17 (p.66) MOTION Bill of Particulars (Attachments: # 1 (p.19) Exhibit 1) (Heath-DOJ, Candina) (Entered: 01/15/2010) |

| 01/20/2010 | 19 (p.88) | REPLY filed by Jesse William McGraw re: 17 (p.66) Motion for Bill Particulars. (Nicholson, John) Modified on text and linkage 1/21/2010 (axm). (Entered: 01/20/2010) |
|---|---|---|
| 02/02/2010 | 20 (p.697) | ***WITHDRAWN PER ORDER/DOC. 25***PLEA AGREEMENT as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 02/02/2010) |
| 02/02/2010 | 21 (p.93) | Factual Resume as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 02/02/2010) |
| 02/03/2010 | 22 (p.102) | NOTICE OF HEARING as to Jesse William McGraw: Rearraignment set for 2/18/2010 at 1:30 PM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX, 75242-1310 before Judge Jane J Boyle. (psm) (Entered: 02/03/2010) |
| 02/18/2010 | 23 (p.103) | ORDER as to Jesse William McGraw: Jury Trial set for 5/24/2010 09:00 AM before Judge Jane J Boyle. Motions due by 4/16/2010. Pretrial Conference set for 5/21/2010 02:00 PM before Judge Jane J Boyle. Pretrial Materials due by 5/14/2010. Responses due by 4/30/2010. (Ordered by Judge Jane J Boyle on 2/18/2010) (klm) (Entered: 02/19/2010) |
| 03/04/2010 | 24 (p.104) | MOTION to Withdraw Document 20 (p.697) Plea Agreement *and Declare the Plea Agreement Null and Void* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 03/04/2010) |
| 03/05/2010 | 25 (p.108) | ORDER DECLARING PLEA AGREEMENT NULL AND VOID finding meritorious 24 (p.104) Motion to Government's Motion to Withdraw, Rescind, and Void Plea Agreement as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 3/5/2010) (skt) (Entered: 03/05/2010) |
| 03/10/2010 | 26 (p.109) | MOTION for Protective Order filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 03/10/2010) |
| 03/15/2010 | 27 (p.112) | MOTION to Appoint New Counsel filed by Jesse William McGraw. (skt) (Entered: 03/16/2010) |
| 03/17/2010 | 28 (p.113) | Unopposed MOTION for Hearing *to Determine Defendant's Choice Regarding Counsel* filed by Jesse William McGraw (Nicholson, John) (Entered: 03/17/2010) |
| 03/18/2010 | 29 (p.119) | ORDER re 28 (p.113) Motion for Hearing as to Jesse William McGraw (1). Motion Hearing set for 3/25/2010 10:00 AM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 3/18/2010) (axm) Modified on 3/22/2010 (skt). (Entered: 03/19/2010) |
| 03/24/2010 | 30 (p.120) | MOTION for Disclosure of Informants filed by Jesse William McGraw. (skt) (Entered: 03/25/2010) |
| 03/24/2010 | 31 (p.123) | MOTION for Production of Statements of Witnesses filed by Jesse William McGraw. (skt) (Entered: 03/25/2010) |
| 03/24/2010 | 32 (p.126) | MOTION for Disclosure of Criminal Records of Witnesses filed by Jesse William McGraw. (skt) (Entered: 03/25/2010) |
| 03/24/2010 | 33 (p.128) | MOTION for PR Bond and Memorandum in Support filed by Jesse William McGraw. (skt) (Entered: 03/25/2010) |
| 03/24/2010 | 34 (p.141) | SUPERSEDING INDICTMENT as to Jesse William McGraw (1) count(s) 1s, 2s, 3s-14s. (skt) (Entered: 03/25/2010) |

| 03/25/2010 | | Minute Entry for proceedings held before Judge Jane J Boyle: Hearing as to Jesse William McGraw held on 03/25/10. Attorney Appearances: AUSA - Candy Heath; Defense - John Nicholson. (Court Reporter Shawnie Archuleta.) Time in Court: 29 minutes. NO PDF ATTACHED - THIS IS A VIRTUAL MINUTE ENTRY. (chmb) (Entered: 03/25/2010) |
|---|---|---|
| 03/29/2010 | 35 (p.153) | ORDER denying 27 (p.112) Motion to Appoint Counsel as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 3/29/2010) (mfw) (Entered: 03/30/2010) |
| 03/31/2010 | 36 (p.157) | Government's Motion to Strike Pro Se Filings as to Jesse William McGraw. (Heath-DOJ, Candina) Modified on 4/1/2010 (skt). (Entered: 03/31/2010) |
| 04/06/2010 | 37 (p.162) | MOTION for Pretrial Release filed by Jesse William McGraw. (skt) (Entered: 04/07/2010) |
| 04/15/2010 | 41 (p.178) | Correspondence to the Court as to Jesse William McGraw. (klm) (Entered: 04/16/2010) |
| 04/16/2010 | 38 (p.167) | Unopposed MOTION to Continue *Pretrial Motions Deadline* filed by Jesse William McGraw (Nicholson, John) (Entered: 04/16/2010) |
| 04/16/2010 | 39 (p.169) | MOTION in Limine *to Preclude Testimonial Statements* filed by Jesse William McGraw (Nicholson, John) (Entered: 04/16/2010) |
| 04/16/2010 | 40 (p.174) | MOTION in Limine *to Exclude Evidence* filed by Jesse William McGraw (Nicholson, John) (Entered: 04/16/2010) |
| 04/16/2010 | 42 (p.180) | ORDER granting 38 (p.167) Motion to Continue Pretrial Motions Deadline as to Jesse William McGraw (1). Motions due by 4/19/2010. (Ordered by Judge Jane J Boyle on 4/16/2010) (klm) (Entered: 04/16/2010) |
| 04/16/2010 | 43 (p.181) | MOTION for Discovery *Reciprocal* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 04/16/2010) |
| 04/19/2010 | 44 (p.185) | NOTICE *of Expert Witnesses or Witnesses With Expertise* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 04/19/2010) |
| 04/29/2010 | 45 (p.194) | RESPONSE by USA as to Jesse William McGraw re: 40 (p.174) MOTION in Limine *to Exclude Evidence* (Heath-DOJ, Candina) (Entered: 04/29/2010) |
| 04/29/2010 | 46 (p.198) | RESPONSE by USA as to Jesse William McGraw re: 39 (p.169) MOTION in Limine *to Preclude Testimonial Statements* (Heath-DOJ, Candina) (Entered: 04/29/2010) |
| 04/29/2010 | 51 (p.204) | Sentencing Scheduling Order as to Jesse William McGraw: Presentence Investigation Report due by 6/25/2010. Objections to Presentence Investigation Report due by 7/21/2010. Presentence Investigation Addendum due by 7/28/2010. Objections to Presentence Investigation Addendum due by 8/4/2010. Sentencing set for 9/16/2010 01:30 PM before Judge Jane J Boyle. (See Order) (Ordered by Judge Jane J Boyle on 4/29/2010) (dnc) (Entered: 05/17/2010) |
| 05/13/2010 | 50 (p.202) | MOTION for Hearing *(Re-Arraignment) and Continuance of Pretrial Materials Deadline* filed by Jesse William McGraw (Nicholson, John). Added MOTION to Continue on 5/14/2010 (skt). (Entered: 05/13/2010) |
| 05/14/2010 | | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Rearraignment Hearing as to Jesse William McGraw held on 5/14/2010. Plea entered |

| | | |
|---|---|---|
| | | by Jesse William McGraw (1) Guilty Count 1,2. Attorney Appearances: AUSA - Candy Heath; Defense - John M. Nicholson. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - :16. (rrr) (Entered: 05/14/2010) |
| 05/17/2010 | | ***Clerk's Notice of Mailing: (see NEF) Docket No:51. Mon May 17 12:18:30 CDT 2010 (crt) (Entered: 05/17/2010) |
| 05/28/2010 | 52 (p.206) | Mail Returned as Undeliverable. 51 (p.204) Scheduling Order - Sentencing, received back from Jesse William McGraw as Return to send, attempted not known unable to forward. (svc) (Entered: 06/01/2010) |
| 06/24/2010 | 53 (p.210) | MOTION to Continue *Sentencing Deadlines* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 06/24/2010) |
| 06/24/2010 | 54 (p.213) | ORDER re 53 (p.210) Motion to Continue as to Jesse William McGraw (1). Sentencing will remain set for 9/16/2010 01:30 PM before Judge Jane J Boyle. Presentence Investigation Report due by 7/9/2010. Objections to Presentence Investigation Report due by 8/4/2010. Presentence Investigation Addendum due by 8/11/2010. Objections to Presentence Investigation Addendum due by 8/18/2010. (see order) (Ordered by Judge Jane J Boyle on 6/24/2010) (axm) (Entered: 06/24/2010) |
| 08/04/2010 | 56 (p.215) | MOTION to Continue *Deadline to Object to the Presentence Report* filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 08/04/2010) |
| 08/04/2010 | 57 (p.218) | Unopposed MOTION to Withdraw as Attorney by John Nicholson filed by Jesse William McGraw (Nicholson, John) (Entered: 08/04/2010) |
| 08/04/2010 | 58 (p.223) | Unopposed MOTION for Extension of Time *for filing Presentence Investigation Report Objections* filed by Jesse William McGraw (Nicholson, John) (Entered: 08/04/2010) |
| 08/06/2010 | 59 (p.225) | ORDER REFERRING MOTION as to Jesse William McGraw re: 57 (p.218) Motion to Withdraw as Attorney filed by Jesse William McGraw. (Ordered by Judge Jane J Boyle on 8/6/2010) (jrb) (Entered: 08/06/2010) |
| 08/06/2010 | 60 (p.226) | ORDER granting 56 (p.215) Motion to Continue Sentencing Deadline as to Jesse William McGraw (1). Sentencing set for 9/16/2010 01:30 PM before Judge Jane J Boyle. Presentence Investigation Addendum due by 8/23/2010. Objections to Presentence Investigation Report due by 8/16/2010. Objections to Presentence Investigation Addendum due by 8/31/2010. (See Order) (Ordered by Judge Jane J Boyle on 8/6/2010) (skt) (Entered: 08/06/2010) |
| 08/06/2010 | 61 (p.228) | ORDER GRANTING DEFENSE COUNSEL'S 58 (p.223) MOTION TO CONTINUE THE DEADLINE FOR PRESENTENCE INVESTIGATION REPORT OBJECTIONS as to Jesse William McGraw (1). (See Order) (Ordered by Judge Jane J Boyle on 8/6/2010) (skt) (Entered: 08/06/2010) |
| 08/06/2010 | 62 (p.229) | ORDER granting 57 (p.218) Motion to Withdraw as Attorney. John M Nicholson withdrawn from case as to Jesse William McGraw (1). (see order) (Ordered by Magistrate Judge Irma C Ramirez on 8/6/2010) (mpw) (Entered: 08/09/2010) |
| 08/06/2010 | 63 (p.230) | CJA 20: Appointment of Attorney Todd A Durden for Jesse William McGraw. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown. Appointed counsel should use the Attorney Timekeeping System immediately and throughout representation. For questions, consult the CJA Attorney Information page or use the directory to contact the appointing judge's |

| | | |
|---|---|---|
| | | courtroom deputy. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Irma C Ramirez on 8/6/2010) (mcr) (Entered: 08/09/2010) |
| 08/11/2010 | 65 (p.231) | Unopposed MOTION to Continue *Sentencing Dates and Deadlines* filed by Jesse William McGraw (Attachments: # 1 (p.19) Proposed Order) (Durden, Todd) (Entered: 08/11/2010) |
| 11/22/2010 | 68 (p.235) | ORDER SETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing set for 12/15/2010 02:00 PM before Judge Jane J Boyle. (Ordered by Judge Jane J Boyle on 11/22/2010) (dnc) (Entered: 11/22/2010) |
| 11/22/2010 | 69 (p.236) | AMENDED ORDER SETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing set for 12/15/2010 02:00 PM before Judge Jane J Boyle. (Ordered by Judge Jane J Boyle on 11/22/2010) (dnc) (Entered: 11/22/2010) |
| 12/07/2010 | 70 (p.237) | ORDER RESETTING HEARING ON COMPETENCY OF THE DEFENDANT as to Jesse William McGraw: Competency Hearing reset for 12/16/2010 01:30 PM before Judge Jane J Boyle. (See Order) (Ordered by Judge Jane J Boyle on 12/7/2010) (mfw) (Entered: 12/07/2010) |
| 12/16/2010 | | ELECTRONIC Minute Entry for proceedings held before Judge Jane J Boyle: Competency Hearing as to Jesse William McGraw held on 12/16/2010. Attorney Appearances: AUSA - Candina Heath; Defense - Todd Durden. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - :15. (chmb) (Entered: 12/16/2010) |
| 12/17/2010 | 72 (p.238) | Amended Sentencing Scheduling Order as to Jesse William McGraw: Presentence Investigation Report due by 1/21/2011. Objections to Presentence Investigation Report due by 2/4/2011. Presentence Investigation Addendum due by 2/11/2011. Objections to Presentence Investigation Addendum due by 2/18/2011. Sentencing set for 3/17/2011 01:30 PM before Judge Jane J Boyle. (see order) (Ordered by Judge Jane J Boyle on 12/17/2010) (axm) (Entered: 12/17/2010) |
| 12/20/2010 | 73 (p.240) | ORDER ON THE DEFENDANT'S COMPETENCY TO STAND TRIAL as to Jesse William McGraw. (see order) (Ordered by Judge Jane J Boyle on 12/20/2010) (axm) (Entered: 12/20/2010) |
| 02/04/2011 | 75 (p.242) | MOTION for Extension of Time *Objections to Presentence Report* filed by Jesse William McGraw (Attachments: # 1 (p.19) Proposed Order proposed order) (Durden, Todd) (Entered: 02/04/2011) |
| 02/05/2011 | 76 | ELECTRONIC ORDER granting in part and denying in part 75 (p.242) Motion for Extension of Time as to Jesse William McGraw (1) (Ordered by Judge Jane J Boyle on 2/5/2011) (Judge Jane J Boyle) (Entered: 02/05/2011) |
| 03/17/2011 | 85 (p.247) | Minute Entry for proceedings held before Judge Jane J Boyle: Sentencing held on 3/17/2010 for Jesse William McGraw (1), Count(s) 1, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms to run concurrently. Placed on Supervised Release for a term of Three (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $200 to the U.S. District Court, Northern District of Texas, Dallas Division.; Count(s) 2, Defendant committed to the BOP for a total term of One Hundred Ten (110) months on each count of 1 and 2, the terms are to run concurrently. Placed on Supervised Release for a term of Three |

| | | |
|---|---|---|
| | | (3) years on each count of 1 and 2, terms are to run concurrently. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $200 to the U.S. District Court, Northern District of Texas, Dallas Division.. Attorney Appearances: AUSA - Candina S. Heath; Defense - Todd A. Durden. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - 2:45. (chmb) (Entered: 03/18/2011) |
| 03/21/2011 | 86 (p.248) | NOTICE OF APPEAL to the Fifth Circuit by Jesse William McGraw. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (Durden, Todd) (Entered: 03/21/2011) |
| 03/22/2011 | 87 (p.250) | JUDGMENT as to Jesse William McGraw (1): Count(s) 1, Defendant committed to the BOP for a total term of One Hundred Ten (110) months to run concurrently with count 2. Placed on Supervised Release for a term of Three (3) years to run concurrently with count 2. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 on count 1 to the U.S. District Court, Northern District of Texas, Dallas Division.; Count(s) 2, Defendant committed to the BOP for a total term of One Hundred Ten (110) months to run concurrently with count 1. Placed on Supervised Release for a term of Three (3) years to run concurrently with count 1. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 on count 2 to the U.S. District Court, Northern District of Texas, Dallas Division; Count(s) 2s, 3s-14s, Dismissed on Government's motion (Ordered by Judge Jane J Boyle on 3/21/2011) (Attachments: # 1 (p.19) Restitution Sheet) (twd) (Entered: 03/22/2011) |
| 03/31/2011 | 89 (p.258) | Transcript Order Form: re 86 (p.248) Notice of Appeal, transcript requested for Motion Hearing held on 3/25/10 before Judge Judge Jane J Boyle. (twd) Modified on 4/1/2011 (svc). (Entered: 04/01/2011) |
| 04/08/2011 | | USCA Case Number as to Jesse William McGraw 11-10302 for 86 (p.248) Notice of Appeal, filed by Jesse William McGraw. (svc) (Entered: 04/08/2011) |
| 04/18/2011 | 90 (p.364) | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Arraignment Proceedings as to Jesse William McGraw held on July 30, 2009 before Judge Irma Ramirez. Court Reporter/Transcriber Betty Tate, Telephone number 972-596-9442. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (3 pages) Redaction Request due 5/9/2011. Redacted Transcript Deadline set for 5/19/2011. Release of Transcript Restriction set for 7/18/2011. (Tate, Betty) (Entered: 04/18/2011) |
| 04/18/2011 | 91 | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Peliminary & Detention Proceedings as to Jesse William McGraw held on July 1, 2009 before Judge Wm. F. Sanderson. Court Reporter/Transcriber Betty Tate, Telephone number 972-596-9442. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (49 pages) Redaction Request due |

| | | |
|---|---|---|
| | | 5/9/2011. Redacted Transcript Deadline set for 5/19/2011. Release of Transcript Restriction set for 7/18/2011. (Tate, Betty) (Entered: 04/18/2011) |
| 04/28/2011 | 92 | Transcript Redaction Request in case as to Jesse William McGraw re: 91 Transcript filed by attorney Candina S Heath-DOJ (Heath-DOJ, Candina) (Entered: 04/28/2011) |
| 05/05/2011 | 93 (p.599) | Redacted Transcript for remote electronic access re: 91 Transcript in case as to Jesse William McGraw (Tate, Betty) (Entered: 05/05/2011) |
| 05/13/2011 | 94 | ***CJA 24 as to Jesse William McGraw: Authorization to Pay Betty Tate $ 10.95 for Transcript, Voucher # 110510000002. (Ordered by Judge Jane J Boyle on 5/06/2011) (tln) (Entered: 05/16/2011) |
| 05/13/2011 | 95 | ***CJA 24 as to Jesse William McGraw: Authorization to Pay Betty Tate $ 178.85 for Transcript, Voucher # 110510000003. (Ordered by Judge Jane J Boyle on 5/6/2011) (tln) (Entered: 05/16/2011) |
| 05/20/2011 | 96 (p.367) | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Hearing on Appointment of New Counsel Proceedings as to Jesse William McGraw held on March 25, 2010 before Judge Jane J. Boyle. Court Reporter/Transcriber Shawnie Archuleta, Telephone number 214-753-2747. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (25 pages) Redaction Request due 6/10/2011. Redacted Transcript Deadline set for 6/20/2011. Release of Transcript Restriction set for 8/18/2011. (spa) (Entered: 05/20/2011) |
| 05/20/2011 | 97 (p.393) | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Rearraignment Hearing Proceedings as to Jesse William McGraw held on May 14, 2010 before Judge Jane J. Boyle. Court Reporter/Transcriber Shawnie Archuleta, Telephone number 214-753-2747. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (8 pages) Redaction Request due 6/10/2011. Redacted Transcript Deadline set for 6/20/2011. Release of Transcript Restriction set for 8/18/2011. (spa) (Entered: 05/20/2011) |
| 05/20/2011 | 98 (p.419) | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Competency Hearing Proceedings as to Jesse William McGraw held on December 16, 2010 before Judge Jane J. Boyle. Court Reporter/Transcriber Shawnie Archuleta, Telephone number 214-753-2747. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (8 pages) Redaction Request due 6/10/2011. Redacted Transcript Deadline set for 6/20/2011. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 8/18/2011. (spa) (Entered: 05/20/2011) |
| 05/20/2011 | 99 (p.428) | NOTICE OF FILING OF OFFICIAL ELECTRONIC TRANSCRIPT of Sentencing Hearing Proceedings as to Jesse William McGraw held on March 17, 2011 before Judge Jane J. Boyle. Court Reporter/Transcriber Shawnie Archuleta, Telephone number 214-753-2747. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Redaction Request - Transcript must be filed within 21 days. If no such Request is filed, the transcript will be made available via PACER without redaction after 90 calendar days. If redaction request filed, this transcript will not be accessible via PACER; see redacted transcript. The clerk will mail a copy of this notice to parties not electronically noticed. (142 pages) Redaction Request due 6/10/2011. Redacted Transcript Deadline set for 6/20/2011. Release of Transcript Restriction set for 8/18/2011. (spa) (Entered: 05/20/2011) |
| 05/24/2011 | 100 (p.259) | Correspondence regarding appointed counsel as to Jesse William McGraw. (skt) (Entered: 05/25/2011) |
| 05/27/2011 | 101 (p.261) | MOTION to Withdraw as Attorney by Todd A. Durden filed by Jesse William McGraw (Attachments: # 1 (p.19) Proposed Order) (Durden, Todd) (Entered: 05/27/2011) |
| 05/31/2011 | | Record on Appeal for USCA5 11-10302 (related to 86 (p.248) appeal) as to Jesse William McGraw: Record consisting of: 1 ECF electronic record, 4 Volume(s) electronic transcript, 1 envelope(s) PSR/SOR, certified to USCA. To request a copy of the record (on disk or on paper), contact the appeals deputy in advance to arrange delivery. (svc) (Entered: 05/31/2011) |
| 05/31/2011 | 102 (p.266) | ORDER granting 101 (p.261) Motion to Withdraw as Attorney. Todd A Durden withdrawn from case as to Jesse William McGraw (1). Kimberly S. Keller appointed to represent the defendant, Jesse William McGraw. (Ordered by Judge Jane J Boyle on 5/31/2011) (dnc) (Entered: 06/01/2011) |
| 06/02/2011 | | Record on Appeal for USCA5 11-10302 (related to 86 (p.248) appeal) as to Jesse William McGraw: transmitted to Kimberly S Keller on disk only by mail (svc) (Entered: 06/02/2011) |
| 06/06/2011 | 103 | ***CJA 24 as to Jesse William McGraw: Authorization to Pay Shawnie Archuleta $730.00 for Transcript, Voucher # 110527000012. (Ordered by Judge Jane J Boyle on 5/26/2011) (twd) (Entered: 06/06/2011) |
| 08/02/2011 | | Supplemental Record on Appeal for USCA5 11-10302 (related to 86 (p.248) appeal) as to Jesse William McGraw: Record consisting of: 1 ECF electronic record, certified to USCA. To request a copy of the record (on disk or on paper), contact the appeals deputy in advance to arrange delivery. (svc) (Entered: 08/02/2011) |
| 08/05/2011 | | Supplemental Record on Appeal for USCA5 11-10302 (related to 86 (p.248) appeal) as to Jesse William McGraw: transmitted to Kim Keller on disk only by mail (svc) (Entered: 08/05/2011) |
| 08/12/2011 | | Record on Appeal and Supplemental Record on Appeal for USCA5 11-10302 (related to 86 (p.248) appeal) as to Jesse William McGraw: transmitted to US Attorney's Office - Dallas on disk only by hand delivery (svc) (Entered: 08/12/2011) |
| 02/10/2012 | 104 (p.267) | ORDER of USCA (certified copy) as to Jesse William McGraw re 86 (p.248) Notice of Appeal dismissed pursuant to appellant's motion. (svc) (Entered: 02/13/2012) |

| 10/29/2012 | 105 (p.269) | MOTION for Return of Seized Property and Suppression of Evidence filed by Jesse William McGraw. (chmb) (Entered: 11/05/2012) |
|---|---|---|
| 11/05/2012 | 106 (p.276) | ORDER REFERRING MOTION as to Jesse William McGraw re: 105 (p.269) MOTION for Return of Seized Property and Suppression of Evidence. Motion referred to Magistrate Judge Irma Carrillo Ramirez. (Ordered by Judge Jane J Boyle on 11/5/2012) (chmb) (Entered: 11/05/2012) |
| 11/05/2012 | 107 (p.277) | FINDINGS, CONCLUSIONS, AND RECOMMENDATION re 105 (p.269) MOTION Return of Seized Property and Suppression of Evidence filed by Jesse William McGraw: Based on the relevant filings and applicable law, the motion for return of property should be CONSTRUED and opened as a new civil action under 28 U.S.C. § 1331, and the motion to suppress should be DENIED. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 11/5/2012) (tln) (Entered: 11/06/2012) |
| 11/06/2012 | | ***Clerk's Notice of Mailing: (see NEF) Docket No:107. Tue Nov 6 08:18:32 CST 2012 (crt) (Entered: 11/06/2012) |
| 11/06/2012 | | ***Clerk's Notice of Mailing: (see NEF) Docket No:106. Tue Nov 6 09:05:48 CST 2012 (crt) (Entered: 11/06/2012) |
| 12/03/2012 | 108 (p.281) | It is ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and the defendant's October 29, 2012 motion for return of property is construed as a civil action seeking the return of property. The motion to suppress is denied. The Clerk of the Court is directed to open a new civil case, file the motion for return of property as a civil complaint in that case, and directly assign the new case to District Judge Jane J.Boyle and Magistrate Judge Irma Carrillo Ramirez. The Clerk is also directed to file a copy of the findings, conclusions, and recommendation of the magistrate judge and the Courts order accepting the findings in the new case. (Ordered by Judge Jane J Boyle on 12/3/2012) (chmb) (Entered: 12/03/2012) |
| 02/07/2013 | 110 (p.282) | First MOTION to Vacate under 28 U.S.C. 2255 (see civil case for all future related filings) filed by Jesse William McGraw (Espinoza, Edmundo) Civil case 3:13-cv-00643-B opened. (Entered: 02/07/2013) |
| 08/30/2013 | 114 (p.286) | Correspondence as to Jesse William McGraw. (jrr) (Entered: 09/03/2013) |
| 06/27/2014 | 115 (p.289) | MOTION to Withdraw as Attorney *Jesse McGraw* by Edmundo Espinoza filed by Jesse William McGraw (Attachments: # 1 (p.19) Attachment) (Espinoza, Edmundo) (Entered: 06/27/2014) |
| 07/07/2014 | 116 (p.296) | Order Referring Motion as to Jesse William McGraw re: 115 (p.289) Motion to Withdraw as Attorney filed by Jesse William McGraw. Motion referred to Magistrate Judge Irma Carrillo Ramirez. (Ordered by Judge Jane J Boyle on 7/7/2014) (chmb) (Entered: 07/07/2014) |
| 07/08/2014 | 117 (p.297) | ORDER re: 115 (p.289) Motion To Withdraw As Attorney of Record for Defendant McGraw as to Jesse William McGraw: Although filed in the closed criminal case, counsel appears to seek to withdraw from representation of movant in his habeas case, Cause No. 3:13-CV-643-B. To the extent that the movant seeks to have the docket in the habeas case reflect that counsel has been terminated, and that he is now pro se, the motion is granted. The Clerk's Office shall file a copy of the motion to withdraw and this order in the habeas case, and shall modify the docket to show that counsel has been terminated and that the movant is pro se in the habeas case. The Clerk's Office shall also terminate the motion in the criminal case and modify the docket in the |

| | | |
|---|---|---|
| | | criminal case to reflect that counsel has been terminated. NOTE: Motion to Withdraw ( 115 (p.289) ) and this Order also filed in 3:13-CV-643-B. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 7/8/2014) (ctf) (Entered: 07/08/2014) |
| 01/26/2015 | 118 (p.298) | MOTION to Compel Previous Counsel to Provide Discovery filed by Jesse William McGraw. (twd) (Entered: 01/26/2015) |
| 01/26/2015 | 119 | ELECTRONIC Order Referring Motion as to Jesse William McGraw re: 118 (p.298) Motion to Compel filed by Jesse William McGraw. Re: 118 (p.298) MOTION to Compel Motion(s) referred to Magistrate Judge Irma Carrillo Ramirez. (Ordered by Judge Jane J Boyle on 1/26/2015) (chmb) (Entered: 01/26/2015) |
| 04/23/2015 | 120 (p.303) | ORDER denying 118 (p.298) the request of Jesse William McGraw ("Defendant") to compel his attorney counsel to provide him materials the attorney obtained from other attorneys that previously represented Defendant. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 4/23/2015) (mcrd) (Entered: 04/23/2015) |
| 04/23/2015 | | ***Clerk's Notice of Mailing: (see NEF) Docket No:120. Thu Apr 23 10:56:30 CDT 2015 (crt) (Entered: 04/23/2015) |
| 11/15/2017 | 121 (p.307) | Sealed Prob 12C as to Jesse William McGraw. (Ordered by Judge Jane J. Boyle on 11/15/2017) (rekc) (Entered: 11/15/2017) |
| 12/08/2017 | | Arrest of Jesse William McGraw (mcrd) (Entered: 12/08/2017) |
| 12/08/2017 | 123 (p.310) | MOTION for Pending Supervised Release Revocation Hearing Detention filed by USA as to Jesse William McGraw (Heath-DOJ, Candina) (Entered: 12/08/2017) |
| 12/08/2017 | 124 (p.313) | ORDER OF DETENTION as to Jesse William McGraw. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 12/8/2017) (mcrd) (Entered: 12/08/2017) |
| 12/08/2017 | 125 (p.314) | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Initial Appearance re Revocation of Supervised Release as to Jesse William McGraw held on 12/8/2017. Location interval set to: LC. Attorney Appearances: AUSA - George Leal; Defense - Matthew Arnold. (Court Reporter: Digital File) (No exhibits) Time in Court - :03. (axm) Modified filed date on 12/11/2017 (axm). (Entered: 12/11/2017) |
| 12/08/2017 | 126 | (Document Restricted) CJA 23 Financial Affidavit by Jesse William McGraw. (axm) (Entered: 12/11/2017) |
| 12/08/2017 | 127 (p.315) | WAIVER of Preliminary Hearing by Jesse William McGraw. (axm) (Entered: 12/11/2017) |
| 12/08/2017 | 128 (p.316) | WAIVER of Detention Hearing by Jesse William McGraw. (axm) (Entered: 12/11/2017) |
| 12/08/2017 | 129 (p.317) | CJA 20 Order appointing attorney Matthew Arnold. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown - See Miscellaneous Order 3 Criminal Justice Act Plan. Within one week, the court will contact you via email and provide a link to the eVoucher System. Any work done on an appeal must be billed per circuit instructions. For questions, consult the CJA Attorney Information page or use the directory to contact the appointing judges courtroom deputy. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 12/8/2017) (axm) (Entered: 12/11/2017) |

| 12/11/2017 | 130 | ELECTRONIC NOTICE OF HEARING as to Jesse William McGraw: Final Hearing re Revocation of Supervised Release set for 12/21/2017 at 01:30 PM before Judge Jane J. Boyle. (chmb) (Entered: 12/11/2017) |
|---|---|---|
| 12/18/2017 | 132 (p.318) | Prob 12C as to Jesse William McGraw. (Ordered by Judge Jane J. Boyle on 12/18/2017) (epm) (Entered: 12/18/2017) |
| 12/19/2017 | 133 (p.320) | MOTION to Revoke Supervised Release filed by USA as to Jesse William McGraw (Attachments: # 1 (p.19) Exhibit(s) Facebook.com, # 2 Exhibit(s) YouTube.com) (Heath-DOJ, Candina) (Entered: 12/19/2017) |
| 01/03/2018 | 134 | ELECTRONIC NOTICE OF HEARING as to Jesse William McGraw: Final Hearing re Revocation of Supervised Release reset for 1/11/2018 at 01:30 PM before Judge Jane J. Boyle. (chmb) (Entered: 01/03/2018) |
| 01/11/2018 | 135 | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Final Hearing re Revocation of Supervised Release as to Jesse William McGraw held on 1/11/2018. Deft waived reading of the 12C, supplemental 12C, and the government's motion to revoked. Deft pleaded true to violations of Standard Conditions Nos. 2 and 6, one Mandatory Condition, and five Special Conditions of S/R. S/R revoked. Deft sentenced to 6 months custody of the BOP and 30 months reimposed S/R. Deft custody continued. Attorney Appearances: AUSA - Candina S Heath; Defense - Matthew Arnold. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - 0:12. (chmb) (Entered: 01/12/2018) |
| 01/12/2018 | 136 (p.332) | Judgment Revoking Probation/Supervised Release as to Jesse William McGraw (1), Count(s) 1s, 2s, 3s-14s, Dismissed on Government's motion Count(s) 1, Defendant committed to the BOP for a total term of One Hundred Ten (110) months to run concurrently with count 2. Placed on Supervised Release for a term of Three (3) years to run concurrently with count 2. Must pay restitution in the amount of $31,881.75. Must pay a special assessment of $100 on count 1 to the U.S. District Court, Northern District of Texas, Dallas Division. S/R REVOKED BOP 6 months; S/R 30 months (Ordered by Judge Jane J. Boyle on 1/12/2018) (ykp) (Entered: 01/12/2018) |
| 03/07/2018 | 138 (p.345) | Copy Request by Jesse William McGraw with Deputy Clerk Response. (ala) (Entered: 03/07/2018) |
| 05/23/2018 | 139 (p.348) | Sealed Prob 12C as to Jesse William McGraw. (Ordered by Judge Jane J. Boyle on 5/23/2018) (epm) Lifted restriction per IA held on 8/15/2018 (daa). (Entered: 05/24/2018) |
| 08/15/2018 | 141 (p.351) | Minute Entry for proceedings held before Magistrate Judge Rebecca Rutherford: Initial Appearance re Revocation of Supervised Release as to Jesse William McGraw held on 8/15/2018. Location interval set to: LC. Attorney Appearances: AUSA - George Leal; Defense - Paul Lund. (Court Reporter: Digital File) (No exhibits) Time in Court - :03. (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 142 | (Document Restricted) CJA 23 Financial Affidavit by Jesse William McGraw. (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 143 (p.352) | CJA 20 Order appointing attorney. Attorney Paul Taliaferro Lund for Jesse William McGraw appointed. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown - See Miscellaneous Order 3 Criminal Justice Act Plan. Within one week, the court will contact you via email and provide a link to the eVoucher System. Any work done on an appeal must be billed per circuit instructions. For questions, consult the CJA Attorney Information page or use the |

| | | |
|---|---|---|
| | | directory to contact the appointing judges courtroom deputy. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Rebecca Rutherford on 8/15/2018) (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 144 (p.353) | MOTION for pretrial Detention filed by Jesse William McGraw. (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 145 (p.356) | WAIVER of Preliminary Hearing by Jesse William McGraw. (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 146 (p.357) | WAIVER of Detention Hearing by Jesse William McGraw. (epm) (Entered: 08/15/2018) |
| 08/15/2018 | 147 (p.358) | ORDER OF DETENTION as to Jesse William McGraw. (Ordered by Magistrate Judge Rebecca Rutherford on 8/15/2018) (epm) (Entered: 08/15/2018) |
| 08/16/2018 | 148 | ELECTRONIC NOTICE OF HEARING as to Jesse William McGraw: Final Hearing re Revocation of Supervised Release set for 9/13/2018 at 01:30 PM before Judge Jane J. Boyle. (chmb) (Entered: 08/16/2018) |
| 08/16/2018 | 149 (p.359) | Arrest Warrant Returned Executed on 8/15/2018 as to Jesse William McGraw. (ykp) (Entered: 08/16/2018) |
| 08/21/2018 | 150 (p.571) | Notice of Filing of Official Electronic Transcript of Revocation Hearing, Proceedings as to Jesse William McGraw held on January 11, 2018 before Judge Jane J. Boyle. Parties are notified of their duty to review the transcript. See Misc Order 61 (MO) 61 and Special Order (SO) 19-1. If information that should be redacted under SO 19-1 is in the transcript, contact the Operations Assistance Team at (214)753-2240 immediately. If redaction of personal identifiers under MO 61 is necessary, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (13 pages) Court Reporter/Transcriber Shawnie Archuleta, Telephone number shawnie505@aol.com. A copy of the transcript may be purchased from the court reporter or viewed at the clerk's office. Redaction Request under SO 19-1, due immediately. Redaction Request due 9/11/2018. Redacted Transcript Deadline set for 9/21/2018. Release of Transcript Restriction set for 11/19/2018. (spa) (Entered: 08/21/2018) |
| 09/13/2018 | 152 | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Final Hearing re Revocation of Supervised Release as to Jesse William McGraw held on 9/13/2018. Deft waived reading of the 12C. Deft pleaded true to a violation of one Mandatory Condition of S/R. S/R revoked. Deft sentenced to 30 months custody of the BOP. No additional term of S/R imposed. Deft custody continued. Attorney Appearances: AUSA - Candina S Heath; Defense - Paul Taliaferro Lund. (Court Reporter: Shawnie Archuleta) (No exhibits) Time in Court - 0:06. (chmb) (Entered: 09/14/2018) |
| 09/14/2018 | 153 | ELECTRONIC ORDER as to Jesse William McGraw: In order to clarify the revocation sentence imposed by this Court on 9/13/2018, the Court sets an additional Final Hearing re Revocation of Supervised Release for 9/18/2018 at 01:30 PM before Judge Jane J. Boyle. (Ordered by Judge Jane J. Boyle on 9/14/2018) (chmb) (Entered: 09/14/2018) |
| 09/18/2018 | 154 | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Final Hearing re Revocation of Supervised Release as to Jesse William McGraw held on |

| | | 9/18/2018. The Court vacated the term of imprisonment imposed on 9/13/2018 and resentenced defendant to 24 months custody of the BOP on each of Counts 1 and 2, to run concurrently. No additional term of supervised release imposed. Deft custody continued. Attorney Appearances: AUSA - Paul Yanowitch; Defense - Paul Taliaferro Lund. (Court Reporter: Pamela Wilson) (No exhibits) Time in Court - 0:03. (chmb) (Entered: 09/19/2018) |
|---|---|---|
| 09/19/2018 | 155 (p.360) | Judgment Revoking Probation/Supervised Release as to Jesse William McGraw (1): The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months on each of Counts 1 and 2, to run concurrently. No term of supervised release imposed. (Ordered by Judge Jane J. Boyle on 9/19/2018) (sss) (Entered: 09/19/2018) |
| 09/24/2018 | 157 (p.362) | NOTICE OF APPEAL to the Fifth Circuit as to 155 (p.360) Judgment Revoking Probation/Supervised Release, by Jesse William McGraw. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a Defendant proceeding pro se.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Lund, Paul) (Entered: 09/24/2018) |
| 09/26/2018 | | USCA Case Number as to Jesse William McGraw 18-11259 for 157 (p.362) Notice of Appeal filed by Jesse William McGraw. (svc) (Entered: 09/26/2018) |
| 10/10/2018 | 158 (p.363) | Transcript Order Form: re 157 (p.362) Notice of Appeal transcript requested for 9/13/2018 and 9/18/2018 Revocation Hearing (Court Reporter: Shawnie Archuleta.) Payment method: CJA Funds (Note to the CJA Attorney: The CJA 24 form must be completed through eVoucher. If you are not registered, have questions, or need assistance, email the eVoucher help desk at eVoucher@txnd.uscourts.gov.) Reminder to appellant: this document must also be filed with the appeals court. (svc) (Entered: 10/10/2018) |
| 11/09/2018 | 159 (p.593) | Notice of Filing of Official Electronic Transcript of Revocation Proceedings as to Jesse William McGraw held on 9/18/2018 before Judge Jane J. Boyle. Parties are notified of their duty to review the transcript. See Misc Order 61 (MO) 61 and Special Order (SO) 19-1. If information that should be redacted under SO 19-1 is in the transcript, contact the Operations Assistance Team at (214)753-2240 immediately. If redaction of personal identifiers under MO 61 is necessary, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (5 pages) Court Reporter/Transcriber Pamela Wilson, Telephone number 214.662.1557. A copy of the transcript may be purchased from the court reporter or viewed at the clerk's office. Redaction Request under SO 19-1, due immediately. Redaction Request due 11/30/2018. Redacted Transcript Deadline set for 12/10/2018. Release of Transcript Restriction set for 2/7/2019. (pjw) (Entered: 11/09/2018) |
| 11/20/2018 | 160 (p.585) | Notice of Filing of Official Electronic Transcript of Revocation Hearing Proceedings as to Jesse William McGraw held on 09/13/18 before Judge Jane J. Boyle. Parties are notified of their duty to review the transcript. See Misc Order 61 (MO) 61 and Special |

|  |  | Order (SO) 19-1. If information that should be redacted under SO 19-1 is in the transcript, contact the Operations Assistance Team at (214)753-2240 immediately. If redaction of personal identifiers under MO 61 is necessary, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (7 pages) Court Reporter/Transcriber Shawnie Archuleta, Telephone number shawnie505@aol.com. A copy of the transcript may be purchased from the court reporter or viewed at the clerk's office. Redaction Request under SO 19-1, due immediately. Redaction Request due 12/11/2018. Redacted Transcript Deadline set for 12/21/2018. Release of Transcript Restriction set for 2/19/2019. (spa) (Entered: 11/20/2018) |

APPENDIX "2"

Case 3:09-cr-00210-B   Document 11   Filed 07/22/09   Page 1 of 5   PageID 27

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 22 2009

CLERK, U.S. DISTRICT COURT

By _____
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. |
| JESSE WILLIAM MCGRAW (1) | § | **3-09 CR  2 1 0 - B** |
| also known as Ghost Exodus | § | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
Transmitting a Malicious Code
(18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II))

From in or about April 2009 and continuing through in or about June 2009, in the

Dallas Division of the Northern District of Texas, defendant **Jesse William McGraw**,

also known as Ghost Exodus, did knowingly cause the transmission of a program, code,

and command, and as a result of such conduct, intentionally caused damage without

authorization to a protected computer used in interstate commerce and communication

and owned by the Carrell Clinic, located at 9301 North Central Expressway, Dallas,

Texas; that is, a computer used to maintain patient medical records for the diagnosis and

treatment of the Carrell Clinic patients, in that **McGraw** transmitted a malicious program,

code, and command that gave **McGraw** the potential to modify and impair medical

examinations, diagnoses, treatments, or care of one or more individuals.

In violation of 18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II).

Indictment - Page 1

## COUNT TWO
Transmitting a Malicious Code
(18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II) and (IV))

From in or about April 2009 and continuing through in or about June 2009, in the

Dallas Division of the Northern District of Texas, defendant **Jesse William McGraw**, did

knowingly cause the transmission of a program, code, and command, and as a result of

such conduct, intentionally caused damage without authorization to a protected computer

used in interstate commerce and communication and owned by the North Central Surgery

Center and other tenants in the Carrell Clinic building, located at 9301 North Central

Expressway, Dallas, Texas; that is, a HVAC computer controlling the heating, ventilation,

and air conditioning for the North Central Surgery Center and other tenants, in that

**McGraw** transmitted a malicious  program, code, and command that gave **McGraw** the

potential to modify the operations of the building HVAC system resulting in the

impairment of patient medical examinations, diagnoses, treatments, or the care of one or

more individuals, and threatened public health and safety.

Indictment - Page 2

In violation of 18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II) and (IV).

A TRUE BILL:

FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: 214.659.8600
candina.heath@usdoj.gov

Indictment - Page 3

*Criminal Case Cover Sheet*    **3-09 CR 210-B**    Revised 3/5/98

ORIGINAL    Case 3:09-cr-00210-B    Document 11    Filed 07/22/09    Page 4 of 5    PageID 35

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:

Search Warrant Case Number 3:09-MJ-208; 3:09-MJ-209; 3:09-MJ-210

R 20 from District of  N/A

Magistrate Case Number: 3:09-207-MJ

1.    **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes    ☒ No

Defendant Name    JESSE WILLIAM MCGRAW (1)

Alias Name    a/k/a Ghost Exodus

Address    2801 Trinity Oaks Dr., #328

Arlington, TX 76001

County in which offense was committed:    Dallas

2.    **U.S. Attorney Information**

Candina S. Heath    Bar # 09347450

3.    **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect:

4.    **Location Status**

☒ Already in Federal Custody  6/29/09  in  Seagoville, TX
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED
BY
JUL 2 2 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

5.    **U.S.C. Citations**

Total # of Counts as to This Defendant:    2    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1030(a) (5)(A) and 18 U.S.C. § 1030(c)(4)(B)(i)(II) | Transmitting a Malicious Code | 1 |
| 18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(B)(i)(II) and IV | Transmitting a Malicious Code | 2 |

Date    7-13-09    Signature of AUSA:

Case 3:09-cr-00210-B   Document 11   Filed 07/22/09   Page 5 of 5  U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 2 2009

CLERK, U.S. DISTRICT COURT

By _____
        Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JESSE WILLIAM MCGRAW (1)

## 3-09 CR - 2 1 0 - B

### INDICTMENT

18 U.S.C. § 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II)
Transmitting a Malicious Code

18 U.S.C. 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II) and (IV)
Transmitting a Malicious Code

2 Counts

---

A true bill rendered:

------------------------------------------------------------------------------------------

DALLAS                                                            FOREPERSON

Filed in open court this _____day of _____, A.D. 2009.

------------------------------------------------------------------------------------------

                                                                         Clerk

JESSE WILLIAM MCGRAW - In Custody (Seagoville)

------------------------------------------------------------------------------------------

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Criminal Complaint 3:09-MJ-207
Magistrate Case No. 3:09-207-MJ

7/22/09

APPENDIX "3"

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW | § | |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT COURT JUDGE:

Notice is hereby given that JESSE WILLIAM McGRAW, the Defendant in the above-styled

and numbered cause hereby appeals to the United States Court of Appeals for the Fifth Circuit from

the Judgement in this Criminal Case for revocation of supervised release entered in this cause on

September 19, 2018

Respectfully Submitted,

/s/ Paul T. Lund

_____

PAUL T. LUND
State Bar No. 24070185
900 Jackson Street, Suite 330
Dallas, Texas 75202
Phone (214)-871-4900
Fax (214)-613-1067
Attorney Jesse McGraw

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice was delivered to Assistant United

States Attorney, Candina Heath on September 24, 2018.

_/s/ Paul T. Lund_____
PAUL T. LUND

NOTICE OF APPEAL Page - 1

APPENDIX "4"

Case 3:09-cr-00210-B   Document 156 *SEALED*   Filed 09/19/18   Page 1 of 1   PageID 1050
AO 245D (Rev. TXN 2/18) Judgment in a Criminal Case                                        Judgment -- Page 3 of 3

DEFENDANT:        JESSE WILLIAM MCGRAW
CASE NUMBER:      3:09-CR-00210-B(1)

## Judgment in a Criminal Case Personal Identification Attachment
## (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. §
3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office,
and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public
disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.: | 3224 |
| Defendant's Date of Birth: | 04/03/1984 |
| Defendant's Residential Address: | Mansfield Law Enforcement Center, 1601 Heritage Parkway, Mansfield, Texas 76063 |
| Defendant's Mailing Address: (if different) | |