

**U.S. Department of Justice**
United States Attorney
Northern District of Texas

*Earle Cabell Building*  *Telephone: 214.659.8600*
*1100 Commerce St., 3rd Floor*  *Fax: 214.659.8802*
*Dallas, Texas 75242-1699*

February 20, 2019

Lyle Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, La. 70130

    Re:   *United States v. McGraw*, No. 18-11259

Dear Mr. Cayce:

I am requesting a 15-day Level I extension to file the appellee's brief, currently due on February 28. The new deadline requested would be March 15, 2019. Appellant's counsel is unopposed.

This extension is necessary because I am a full-time attorney in the trial section. My current and primary district court deadlines make it necessary to have more time to complete a thorough brief and have it peer-reviewed per office policy.

Sincerely,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Melanie Smith*

Melanie Smith
Assistant United States Attorney