# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 20, 2019

Ms. Melanie Smith
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Third Floor
Dallas, TX 75242-1699

    No. 18-11259    USA v. Jesse McGraw
                         USDC No. 3:09-CR-210-1

Dear Ms. Smith,

We have reviewed the appellee's brief electronically filed March 15, 2019, and it is sufficient.

You must submit the **7 paper copies** of the appellee's brief required by 5th Cir. 31.1 within **5 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in disciplinary action.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    */s/ Dantrell Johnson*

    By: _____
    Dantrell L. Johnson, Deputy Clerk
    504-310-7689

cc:
    Mr. James Wesley Hendrix
    Mr. Paul Taliaferro Lund