# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

───────────────

## NO. 18-11259

───────────────

**UNITED STATES OF AMERICA,**
**Plaintiff-Appellee,**
v.

**JESSE WILLIAM McGRAW, also known as Ghost Exodus,**
**Defendant-Appellant.**

───────────────

**APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

───────────────

## MOTION TO WITHDRAW

Appellant Jesse William McGraw was sentenced to a 24 months term of imprisonment for violating his term of supervised release. On appeal, the undersigned counsel urged that his sentence be vacated and remanded based on grounds that the district court's sentence was procedurally and substantively unreasonable. This Court rejected these arguments.

The Supreme Court disfavors writs of certiorari regarding fact-bound questions. *See* Sup. Ct. R. 10. Although the appeal involves important constitutional rights, the issue argued on appeal was reviewed by this Court and the Court found

1

that the district court did not clearly err in its decision. Each issue was thus resolved by reference to a narrow factual question or by applying an undisputed standard to a specific factual scenario. Any further review would thus not offer the Court an opportunity to address recurring legal questions without first addressing the case's facts at some length. This is an unfavorable posture for Certiorari, and a grant, counsel submits, is extremely unlikely.

While the undersigned respectfully disagrees with the resolution of the case, he regrettably sees no plausible basis for further appeal, and moves to withdraw. Counsel has notified Mr. McGraw of his right to respond to this motion, his right to petition for reconsideration en banc, his right to petition for writ of certiorari, and the deadlines for doing so.

                                        Respectfully submitted,

                                        */s/ Paul T. Lund*
                                        Paul T. Lund
                                        Attorney for Defendant/Appellant
                                        Texas State Bar No. 24070185
                                        900 Jackson Street, Suite 330
                                        Dallas, Texas 75202
                                        (214) 871-4900 telephone
                                        (214) 613-1067 facsimile
                                        plund@bp-g.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, a copy of the foregoing Appellant's Motion to Withdraw was served via ECF to counsel for the government, Assistant United States Attorney Leigha Simonton. Appellant Jesse William McGraw has also been sent a copy of this Motion, of his right to respond in this Court, his right to petition for reconsideration, and his right to Petition for Certiorari, as well as applicable deadlines, on his own behalf in the event that the motion is granted. Mr. Teague's address is: Jesse William McGraw, ID #38690-177, FCI Bastrop, Federal Correctional Institution, P.O. Box 1010 Bastrop Tx 78602.

I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Vipre antivirus software and is free of viruses.

　　　　　　　　　　　　　　　　　　　　*/s/ Paul T. Lund*
　　　　　　　　　　　　　　　　　　　　Paul T. Lund

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies this motion complies with Court's the type-volume limitations.

1. In accordance with Fed. R. App. P. 32(g), Form 6 of the Rules of Appellate Procedure, Fed. R. App. P. 27(d)(2) and 5th Cir. R. 27.4, this motion contains no more than 591 words.

2. This motion has been prepared in proportionally spaced typeface using Word 2010 in Times New Roman typeface and 14 point font size.

3. The undersigned understands a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5th Cir. R. 32.2.7, may result in the Court's striking the brief and imposing sanctions against the person signing the brief.

　　　　　　　　　　　　　　　　　　*/s/ Paul T. Lund*　　　　　　　　
　　　　　　　　　　　　　　　　　　Paul T. Lund