# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-11259
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW, also known as GhostExodus,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Northern District of Texas
_____

O R D E R:

    IT IS ORDERED that the motion of attorney, Paul Taliaferro Lund, to withdraw as court-appointed counsel is GRANTED.

Signed: 8-14-2019

                                      _____/s/ Catharina Haynes_____
                                             CATHARINA HAYNES
                                  UNITED STATES CIRCUIT JUDGE