# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 15, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-11259   USA v. Jesse McGraw
                   USDC No. 3:09-CR-210-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Paul Taliaferro Lund
Mr. Jesse William McGraw
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Melanie Smith