# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-11259
Summary Calendar

D.C. Docket No. 3:09-CR-210-1

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW, also known as GhostExodus,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before WIENER, HAYNES, and ENGELHARDT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



**A True Copy**
**Certified order issued Aug 30, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**