# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 30, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

          No. 18-11259     USA v. Jesse McGraw
                           USDC No. 3:09-CR-210-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Roeshawn A. Johnson, Deputy Clerk
                         504-310-7998

cc:  Mr. Jesse William McGraw
     Ms. Leigha Amy Simonton
     Ms. Melanie Smith